## IN THE SUPREME COURT OF THE STATE OF NEVADA

VERANO LAND GROUP, LP, A
NEVADA LIMITED PARTNERSHIP,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
2000 HOLDINGS, LTD., AN OHIO
LIMITED LIABILITY COMPANY A/K/A
2000 HOLDINGS, LLC, AN OHIO
LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 85408

FILED

NOV 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING PETITION

The parties to this action, as well as South San Antonio Management, LLC (SSAM) and Fidelity National Title Group, National Commercial Services, Las Vegas Division (NCS) have filed a stipulation to dismiss this entire proceeding, including (1) Verano Land Group's writ petition, (2) SSAM's joinder to the petition, (3) real party in interest's motion to dismiss the petition, strike SSAM's joinder, and extend time to file an answer, and (4) NCS's joinder to the petition. The stipulation is approved to the following extent. Verano Land Group's petition for writ of mandamus or prohibition is dismissed. This court will take no action on the joinders or real party in interest's motion.

It is so ORDERED.

_____, C.J.

22-36373

cc:    Hon. Nancy L. Allf, District Judge
       Kemp Jones, LLP
       Lewis Roca Rothgerber Christie LLP/Las Vegas
       Richie & Gueringer, P.C.
       Fidelity National Law Group
       Eighth District Court Clerk